UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| DOUGLAS LEE BEASON, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner ) <br> of the Social Security ) <br> Administration, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. EDCV 19-00590-AS <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

Dated: February 7, 2020

                                                     /s/ Sagar
                                     HONORABLE ALKA SAGAR
                                 UNITED STATES MAGISTRATE JUDGE